**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RICHARD LANGLEY | CIVIL ACTION NO. 04-2257-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 20) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Record Document 29) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that all claims against all defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of July, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE